# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:   STANLEY TUKIENDORF                                    Case Number: 08-70762
7523 S. ROUTE 23                      SSN-xxx-xx-8966
MARENGO, IL  60152

Case filed on:        3/17/2008
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,000.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LAVELLE LAW, LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | DISTRICT COUNSEL | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | DISTRICT DIRECT IRS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | UNITED STATES ATTORNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ISAIH CORTEZ | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | NAZARIO DELAPEZ | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | RUDOLFO MEDRANO | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | D. PATRICK MULLARKEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 69,354.23 | 69,354.23 | 0.00 | 0.00 |
|  | Total Priority | 69,354.23 | 69,354.23 | 0.00 | 0.00 |
| 999 | STANLEY TUKIENDORF | 0.00 | 0.00 | 1,000.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,000.00 | 0.00 |
| 001 | WASHINGTON MUTUAL BANK | 325,119.34 | 0.00 | 0.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS INC | 42,730.47 | 42,730.47 | 0.00 | 0.00 |
|  | Total Secured | 367,849.81 | 42,730.47 | 0.00 | 0.00 |
| 009 | CHASE BANK USA NA | 13,170.03 | 13,170.03 | 0.00 | 0.00 |
| 010 | LVNV FUNDING LLC | 1,848.69 | 1,848.69 | 0.00 | 0.00 |
| 011 | DFS SERVICES LLC | 9,352.83 | 9,352.83 | 0.00 | 0.00 |
| 012 | SALLIE MAE GUARANTEE SERVICES - MC 8303 | 4,204.82 | 4,204.82 | 0.00 | 0.00 |
|  | Total Unsecured | 28,576.37 | 28,576.37 | 0.00 | 0.00 |
|  | Grand Total: | 465,780.41 | 140,661.07 | 1,000.00 | 0.00 |

Total Paid Claimant:        $1,000.00
Trustee Allowance:          $0.00                    Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00          discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/30/2008                By  /s/Heather M. Fagan